AO91 (Rev. 12/03)   Criminal Complaint                                                                                     AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** vs. | **CRIMINAL COMPLAINT** |
| | Case Number: 7:20-po-03682 |

Santos PEREZ-Castillo
IAE
Mexico 2001

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **March 11, 2020** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did, **Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Santos PEREZ-Castillo was encountered by Border Patrol Agents near Hidalgo, Texas on March 11, 2020. When questioned as to his citizenship, defendant stated that he was a citizen and national of Mexico, who had entered the United States illegally on March 11, 2020 by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:  ☐ Yes   ☒ No

/S/ Dubois, William  Border Patrol Agent
Signature of Complainant

Dubois, William   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

March 12, 2020                                                                        at   McAllen, Texas
Date                                                                                                City/State

J Scott Hacker         U.S. Magistrate Judge
Name of Judge         Title of Judge                                          Signature of Judge